UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 20869
  CHARITA L SHANNON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
  SSN XXX-XX-1185

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/09/2008 and was not confirmed.

     The case was dismissed without confirmation 12/17/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BALLY TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGOSCHL | UNSECURED | .00 | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | 2030.00 | .00 | .00 |
| MEDIACOM | UNSECURED | NOT FILED | .00 | .00 |
| HENRY COUNTY HEALTH CTR | UNSECURED | 711.25 | .00 | .00 |
| HENRY COUNTY HEALTH CTR | UNSECURED | NOT FILED | .00 | .00 |
| IOWA STUDENT LOAN | UNSECURED | .00 | .00 | .00 |
| IOWA STUDENT LOAN | UNSECURED | .00 | .00 | .00 |
| IOWA STUDENT LOAN | UNSECURED | .00 | .00 | .00 |
| IOWA STUDENT LOAN | UNSECURED | .00 | .00 | .00 |
| IOWA STUDENT LOAN | UNSECURED | .00 | .00 | .00 |
| IOWA STUDENT LOAN | UNSECURED | .00 | .00 | .00 |
| IOWA STUDENT LOAN | UNSECURED | .00 | .00 | .00 |
| IOWA STUDENT LOAN | UNSECURED | .00 | .00 | .00 |
| IOWA STUDENT LOAN | UNSECURED | .00 | .00 | .00 |
| IOWA STUDENT LOAN | UNSECURED | .00 | .00 | .00 |
| IOWA STUDENT LOAN | UNSECURED | .00 | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 878.48 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 535.83 | .00 | .00 |
| ENGLEWOOD VILLAGE APTS | UNSECURED | 265.00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 450.43 | .00 | .00 |
| US CELLULAR | UNSECURED | 334.46 | .00 | .00 |
| US CELLULAR | UNSECURED | 271.01 | .00 | .00 |
| STATE FARM INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO SCHL | UNSECURED | .00 | .00 | .00 |
| THE CHICAGO SCHL | UNSECURED | .00 | .00 | .00 |
| CHICAGO CENTRAL EMERGENC | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO CENTRAL EMERGENC | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO CENTRAL EMERGENC | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO CENTRAL EMERGENC | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO CENTRAL EMERGENC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 12250.00 | .00 | 300.00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 157.90 | .00 | .00 |
| HABITAT | NOTICE ONLY | NOT FILED | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 08 B 20869 CHARITA L SHANNON

```
JEFFERSON CAPITAL SYSTEM  UNSECURED        172.36          .00          .00
AMERICASH LOANS           UNSECURED        952.54          .00          .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT    114.00          .00       114.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,500.00                      26.80
TOM VAUGHN                TRUSTEE                                      34.20
DEBTOR REFUND             REFUND                                        .00
```

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 475.00 | |
| | | |
| PRIORITY | | 114.00 |
| SECURED | | 300.00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 26.80 |
| TRUSTEE COMPENSATION | | 34.20 |
| DEBTOR REFUND | | .00 |
| TOTALS | 475.00 | 475.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE